# UNITED STATES DISTRICT COURT
for the
District of Guam

```
                                    FILED _____ LODGED
                                    _____ RECEIVED
                                    Aug 31, 2017
                                    CLERK U.S. DISTRICT COURT
                                    WESTERN DISTRICT OF WASHINGTON AT TACOMA
                                    BY _____ DEPUTY
```

United States of America
v.
WHITNEY NAHOOLEWA                     )
                                      )   Case No.   CR-17-00037
                                      )
                                      )
                                      )
                                      )
_____     )
            Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **WHITNEY NAHOOLEWA**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 1 - Conspiracy to Possess Methamphetamine with Intent to Distribute [21 USC Sections 846, 841(a)(1) and (b)(1)(A)(viii)]

Count 2 - Attempted Possession of Methamphetamine with Intent to Distribute [21 USC Sections 846, 841(a)(1) and (b)(1)(A)(viii)]

Date: 08/16/2017

*Issuing officer's signature*

City and state: Hagatna, Guam

Francine A. Diaz, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

_____
*Printed name and title*

ORIGINAL

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

SHAWN N. ANDERSON
Acting United States Attorney
BELINDA ALCANTARA
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

AUG 16 2017

JEANNE G. QUINATA
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WHITNEY NAHOOLEWA,<br><br>Defendant. | CRIMINAL CASE NO. 17-00037<br><br>INDICTMENT<br><br>CONSPIRACY TO POSSESS METHAMPHETAMINE WITH INTENT TO DISTRIBUTE<br>[21 U.S.C. §§ 846, 841(a)(1) & (b)(1)(A)(viii)]<br>(Count 1)<br>ATTEMPTED POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE<br>[21 U.S.C. §§ 846, 841(a)(1) & (b)(1)(A)(viii)]<br>(Count 2) |

THE GRAND JURY CHARGES:

### COUNT 1 – CONSPIRACY TO POSSESS METHAMPHETAMINE WITH INTENT TO DISTRIBUTE

Beginning on a date unknown to the Grand Jury, but no earlier than on or about January 2017, and continuing to on or about May 31, 2017, in the District of Guam, the defendant, WHITNEY NAHOOLEWA, knowingly and intentionally conspired with other persons known

INDICTMENT - 1

REDACTED   COPY

and unknown to the Grand Jury, to possess with intent to distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and (b)(1)(A)(viii).

### COUNT 2- ATTEMPTED POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE

On or about May 31, 2017, in the District of Guam, the defendant, WHITNEY NAHOOLEWA, knowingly and intentionally attempted to possess with intent to distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A)(viii).

DATED this 16th day of August, 2017.

A TRUE BILL.

**REDACTED**

Foreperson

SHAWN N. ANDERSON
Acting United States Attorney
Districts of Guam and NMI

By: _/s/ Belinda Alcantara_
BELINDA ALCANTARA
Assistant U.S. Attorney

INDICTMENT - 2