1 | SHAWN N. ANDERSON
Acting United States Attorney
2 | BELINDA ALCANTARA
Assistant U.S. Attorney
3 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
4 | Hagåtña, Guam  96910
PHONE: (671) 472-7332
5 | FAX: (671) 472-7215

6 | Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

AUG 16 2017 

JEANNE G. QUINATA
CLERK OF COURT

7
8 | IN THE UNITED STATES DISTRICT COURT
9 | FOR THE TERRITORY OF GUAM

10 | UNITED STATES OF AMERICA,

CRIMINAL CASE NO. 17 - 0 0 0 3 7

11 | Plaintiff,

**INDICTMENT**

12 |
13 | vs.

**CONSPIRACY TO POSSESS
METHAMPHETAMINE WITH
INTENT TO DISTRIBUTE**
[21 U.S.C. §§ 846, 841(a)(1) & (b)(1)(A)(viii)]
14 | **(Count 1)**

**ATTEMPTED POSSESSION OF
METHAMPHETAMINE WITH INTENT
15 | WHITNEY NAHOOLEWA,** **TO DISTRIBUTE**
[21 U.S.C. §§ 846, 841(a)(1) &
16 | Defendant. (b)(1)(A)(viii)]
**(Count 2)**
17

18

19 | THE GRAND JURY CHARGES:

20
**COUNT 1 – CONSPIRACY TO POSSESS METHAMPHETAMINE
21 | WITH INTENT TO DISTRIBUTE**

22 |     Beginning on a date unknown to the Grand Jury, but no earlier than on or about January

23 | 2017, and continuing to on or about May 31, 2017, in the District of Guam, the defendant,

24 | WHITNEY NAHOOLEWA, knowingly and intentionally conspired with other persons known
INDICTMENT - 1

**REDACTED** ORIGINAL

1 and unknown to the Grand Jury, to possess with intent to distribute 50 grams or more of actual

2 methamphetamine, a Schedule II controlled substance.

3       All in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and

4 (b)(1)(A)(viii).

5

6 ## COUNT 2- ATTEMPTED POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE

7       On or about May 31, 2017, in the District of Guam, the defendant, WHITNEY

8 NAHOOLEWA, knowingly and intentionally attempted to possess with intent to distribute 50

9 grams or more of actual methamphetamine, a Schedule II controlled substance.

10       All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and

11 (b)(1)(A)(viii).

12       DATED this 16th day of August, 2017.

13                    A TRUE BILL.

14                   **REDACTED**

15                   Foreperson

16

17 SHAWN N. ANDERSON
Acting United States Attorney
Districts of Guam and NMI

18

19 By:

20 BELINDA ALCANTARA
Assistant U.S. Attorney

21

22

23

24

INDICTMENT - 2

**Place of Offense:**

City _____Hagåtña_____         **Related Case Information:**

Country/Parish _____ Superseding Indictment _____ Docket Number ___ 17-00037

                      Same Defendant _____      New Defendant ___x___

                      Search Warrant Case Number _____

                      R 20/ R 40 from District of _____

**Defendant Information:**

       Juvenile: Yes _____ No __X__    **Matter to be sealed:** _____ Yes ___x___ No

Defendant Name      ___Whitney Nahoolewa___

Alias Name        _____

Address           _____

                 _____

Birthdate __Xx/xx/__   SS# _xxx-xx-_   Sex _F_   Race _PI_   Nationality ___Hawaiian___

**U.S. Attorney Information:**

AUSA __Belinda Alcantara_____

**Interpreter:** ___x__ No ___Yes    List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____    ☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: ___2___     _____ Petty _____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set | 1 _21 846, 841a1, b1Aviii_ | Conspiracy to Possess Methamphetamine with Intent to Distribute | _1_ |
| Set | 2 _21 846, 841a1, b1Aviii_ | Attempted Possession of Methamphetamine with Intent to Distribute | _2_ |
| Set | 3 _____ | _____ | _____ |
| Set | 4 _____ | _____ | _____ |

                     (May be continued on reverse)

**Date:** ___7-24-17___    **Signature of AUSA:** _____

RECEIVED

ORIGINAL

AUG 16 2017

DISTRICT COURT OF GUAM
HAGÅTÑA, GUAM

5

# ORIGINAL

FILED
DISTRICT COURT OF GUAM

AUG 16 2017 *nba*

JEANNE G. QUINATA
CLERK OF COURT

1  SHAWN N. ANDERSON
   Acting United States Attorney
2  BELINDA ALCANTARA
   Assistant United States Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
   Telephone: (671) 472-7332
5  Facsimile: (671) 472-7334

6  Attorneys for the United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9                 FOR THE TERRITORY OF GUAM

10

11  UNITED STATES OF AMERICA,            CRIMINAL CASE NO. 17 - 00037

12                    Plaintiff,

                                         APPLICATION TO SEAL CASE
13          vs.

14  WHITNEY NAHOOLEWA,

15                    Defendants.

16

17      The United States moves this Honorable Court for an order sealing the case in the above-

18  entitled case for the reason that further investigation is still pending in this matter, which may be

19  hindered by making this cause available for public scrutiny.

20      Respectfully submitted this 16th day of August, 2017.

21                              SHAWN N. ANDERSON
                                Acting United States Attorney
22                              Districts of Guam and NMI

23

24                    By:    _____
                             BELINDA ALCANTARA
25                           Assistant U.S. Attorney

26

27

28

8

ORIGINAL

9

```
MIME-Version:1.0
From:CM-ECF@gud.uscourts.gov
To:CM-ECF@gud.uscourts.gov
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:354689@gud.uscourts.gov
Subject:Activity in Case 17-37 Sealed v. Sealed (Redacted Notice)
```
Content–Type: text/html

*NOTE: This docket entry (or case) is sealed, no email notices have been sent.*

## Civil/Criminal CM/ECF System

### District Court of Guam

**Notice of Electronic Filing**

The following transaction was entered on 8/16/2017 at 2:29 PM CST and filed on 8/16/2017

| | |
|---|---|
| **Case Name:** | USA v. Nahoolewa |
| **Case Number:** | 1:17–cr–00037 *SEALED* |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Arrest Warrant Issued (Bail Amount: No Bail) by Magistrate Judge Joaquin V.E. Manibusan, Jr. as to Whitney Nahoolewa. (mba, )**

**1:17–cr–00037 *SEALED*–1 No electronic public notice will be sent because the case/entry is sealed.**

1  SHAWN N. ANDERSON
   Acting United States Attorney
2  BELINDA ALCANTARA
   Assistant United States Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
   Telephone:  (671) 472-7332
5  Facsimile:   (671) 472-7334

6  Attorneys for the United States of America

7

8                    IN THE DISTRICT COURT OF GUAM

9

10 UNITED STATES OF AMERICA,              CRIMINAL CASE NO. 17-00037

11                   Plaintiff,

12          vs.                           **ORDER**
                                          Granting Application to Seal
13 WHITNEY NAHOOLEWA,

14                   Defendant.

15

16      Through an application to seal case having come before this court and the court finding a

17 compelling governmental interest requires the sealing of this case,

18      IT IS SO ORDERED that the application is granted and that this case be sealed.

19

20

21                                       **/s/ Joaquin V.E. Manibusan, Jr.**
                                            **U.S. Magistrate Judge**
22                                       **Dated: Aug 16, 2017**

23

24

25

26

27

28

```
MIME-Version:1.0
From:CM-ECF@gud.uscourts.gov
To:CM-ECF@gud.uscourts.gov
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:355244@gud.uscourts.gov
Subject:Activity in Case 17-37 Sealed v. Sealed (Redacted Notice)
```
Content–Type: text/html

***NOTE: This docket entry (or case) is sealed, no email notices have been sent.***

## Civil/Criminal CM/ECF System

### District Court of Guam

**Notice of Electronic Filing**

The following transaction was entered on 8/21/2017 at 12:48 PM CST and filed on 8/18/2017

| | |
|---|---|
| **Case Name:** | USA v. Nahoolewa |
| **Case Number:** | 1:17–cr–00037 *SEALED* |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Court Certificate of Service as to Whitney Nahoolewa re [3] Order on Motion to Seal Case – USAO acknowledged receipt on 8/18/2017. (mba, )**


**1:17–cr–00037 *SEALED*–1 No electronic public notice will be sent because the case/entry is sealed.**



□ ORIGINAL

**FILED**
DISTRICT COURT OF GUAM

SEP 0 1 2017

JEANNE G. QUINATA
CLERK OF COURT

1  SHAWN N. ANDERSON
   Acting United States Attorney
2  BELINDA ALCANTARA
   Assistant United States Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
   Telephone: (671) 472-7332
5  Facsimile: (671) 472-7334

6  Attorneys for the United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9                 FOR THE TERRITORY OF GUAM

10
   UNITED STATES OF AMERICA,              CRIMINAL CASE NO. 17-00037
11
                      Plaintiff,
12                                         APPLICATION TO UNSEAL CASE
            vs.
13
   WHITNEY NAHOOLEWA,
14
                      Defendants.
15

16
          The United States moves this Honorable Court for an order unsealing the case in the above-
17
   entitled case for the reason that the investigation is now complete and there is no further reason for
18
   these proceedings to remain secret.
19

20        Respectfully submitted this 1st day of September, 2017.

21
                                    SHAWN N. ANDERSON
22                                  Acting United States Attorney
                                    Districts of Guam and NMI
23

24                          By: _____
                                    BELINDA ALCANTARA
25                                  Assistant U.S. Attorney

26

27

28

                                                                                                    13

SHAWN N. ANDERSON
Acting United States Attorney
BELINDA ALCANTARA
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 17-00037 |
| Plaintiff, | |
| vs. | **ORDER**<br>Granting Application to Unseal Case |
| WHITNEY NAHOOLEWA, | |
| Defendant. | |

Through an application to unseal the case having come before this court and the court finding

good cause for the issuance of the order;

IT IS SO ORDERED that the case be unsealed.

/s/ Joaquin V.E. Manibusan, Jr.
**U.S. Magistrate Judge**
**Dated: Sep 01, 2017**

```
MIME-Version:1.0
From:CM-ECF@gud.uscourts.gov
To:CM-ECF@gud.uscourts.gov
Bcc:
--Case Participants: Belinda C. Alcantara (belinda.alcantara@usdoj.gov,
caseview.ecf@usdoj.gov, greg.helm@usdoj.gov, noreen.f.davis@usdoj.gov,
teresa.borja@usdoj.gov, usagu.docket@usdoj.gov), U.S. Probation Office
(operations@gup.uscourts.gov), U.S. Probation Office (operations@gup.uscourts.gov),
Magistrate Judge Joaquin V.E. Manibusan, Jr (joaquin_ve_manibusan@gud.uscourts.gov), Chief
Judge Frances M. Tydingco-Gatewood (chambers@gud.uscourts.gov,
cynthia_palacios@gud.uscourts.gov, edward_platt@gud.uscourts.gov,
judge_tydingco_gatewood@gud.uscourts.gov, karen_quitlong@gud.uscourts.gov)
--Non Case Participants: U.S. Probation Office (operations@gup.uscourts.gov)
--No Notice Sent:

Message-Id:357509@gud.uscourts.gov
Subject:Activity in Case 1:17-cr-00037 USA v. Nahoolewa Certificate of Service
Content-Type: text/html
```

**Civil/Criminal CM/ECF System**

**District Court of Guam**

**Notice of Electronic Filing**

The following transaction was entered on 9/7/2017 at 9:14 AM CST and filed on 9/5/2017

| | |
|---|---|
| **Case Name:** | USA v. Nahoolewa |
| **Case Number:** | 1:17-cr-00037 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Court Certificate of Service as to Whitney Nahoolewa re [5] Order on Motion to Unseal Case – USAO acknowledged receipt on 9/5/2017. (cms)**

**1:17-cr-00037-1 Notice has been electronically mailed to:**

U.S. Probation Office &nbsp &nbsp operations@gup.uscourts.gov

Belinda C. Alcantara &nbsp &nbsp belinda.alcantara@usdoj.gov, CaseView.ECF@usdoj.gov, greg.helm@usdoj.gov, noreen.f.davis@usdoj.gov, teresa.borja@usdoj.gov, usagu.docket@usdoj.gov

**1:17-cr-00037-1 Notice has been delivered by other means to:**



USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

**FILED**
DISTRICT COURT OF GUAM

NOV 14 2017

JEANNE G. QUINATA
CLERK OF COURT

In the United States District Court

for the Western _____ DISTRICT OF _____ Guam _____

UNITED STATES OF AMERICA

V.

WHITNEY NAHOOLEWA

}

CRIMINAL NUMBER:

CR-17-00037

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, Whitney Nahoolewa _____, defendant, have been informed that an *(indictment, information, complaint)* is pending against me in the above designated cause. I wish to plead Guilty _____ to the offense charged, to consent to the disposition of the case in the Western _____ District of Washington _____ in which I, Whitney Nahoolewa _____, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: 10/2 4 20 17 at _____

_Whitney Nahoolewa_
*(Defendant)*

_____
*(Witness)*

_Jerome Luh_
*(Counsel for Defendants)*

_____
*(Assistant United States Attorney)*

Approved

_signature_

United States Attorney
Western _____ District of Washington

Act'n _signature_ United States Attorney for the _____ District of Guam

# Civil/Criminal CM/ECF System
## District Court of Guam (Hagatna)
## CRIMINAL DOCKET FOR CASE #: <u>1:17−cr−00037</u> All Defendants
### *Internal Use Only*

---

Case title: USA v. Nahoolewa                    Date Filed: 08/16/2017

---

Assigned to: Chief Judge Frances M.
Tydingco−Gatewood
Referred to: Magistrate Judge Joaquin
V.E. Manibusan, Jr

**<u>Defendant (1)</u>**

**Whitney Nahoolewa**

| <u>Pending Counts</u> | <u>Disposition</u> |
|---|---|
| CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE (1) | |
| CONSPIRACY TO POSSESS CONTROLLED SUBSTANCE (2) | |

**<u>Highest Offense Level (Opening)</u>**

Felony

| <u>Terminated Counts</u> | <u>Disposition</u> |
|---|---|
| None | |

**<u>Highest Offense Level (Terminated)</u>**

None

| <u>Complaints</u> | <u>Disposition</u> |
|---|---|
| None | |

---

**<u>Plaintiff</u>**

**USA**                    represented by  **Belinda C. Alcantara**
                                            U.S. Attorney's Office, District of Guam
                                            Suite 500, Sirena Plaza
                                            108 Hernan Cortes Avenue

Hagatna, GU 96910
671–472–7332
Fax: 671-472–7334
Email: belinda.alcantara@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Other*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/16/2017 | 1 | 3 | Indictment as to Whitney Nahoolewa (1) Count(s) 1, 2. (Attachments: # 1 Cover Sheet).(mba, ) (Additional attachment(s) added on 8/16/2017: # 2 Indictment – Unredacted) (mba, ). (Entered: 08/16/2017) |
| 08/16/2017 | 2 | 8 | Motion to Seal Case filed by USA as to Whitney Nahoolewa. (mba, ) (Entered: 08/16/2017) |
| 08/16/2017 | | 10 | *SEALED* Arrest Warrant Issued (Bail Amount: No Bail) by Magistrate Judge Joaquin V.E. Manibusan, Jr. as to Whitney Nahoolewa. (mba, ) (Entered: 08/16/2017) |
| 08/16/2017 | 3 | 11 | Order granting 2 Motion to Seal Case as to Whitney Nahoolewa (1).. Signed by Magistrate Judge Joaquin V.E. Manibusan, Jr on 8/16/2017. (wmt, ) (Entered: 08/17/2017) |
| 08/18/2017 | | 12 | Court Certificate of Service as to Whitney Nahoolewa re 3 Order on Motion to Seal Case – USAO acknowledged receipt on 8/18/2017. (mba, ) (Entered: 08/21/2017) |
| 09/01/2017 | 4 | 13 | Motion to Unseal Case filed by USA as to Whitney Nahoolewa. (mba, ) (mba, ). (Entered: 09/01/2017) |
| 09/01/2017 | 5 | 14 | Order granting 4 Motion to Unseal Case as to Whitney Nahoolewa (1). Signed by Magistrate Judge Joaquin V.E. Manibusan, Jr. on 9/1/2017. (mba, ) (Entered: 09/01/2017) |
| 09/05/2017 | | 15 | Court Certificate of Service as to Whitney Nahoolewa re 5 Order on Motion to Unseal Case – USAO acknowledged receipt on 9/5/2017. (cms) (Entered: 09/07/2017) |
| 11/14/2017 | 6 | 16 | Consent To Transfer Jurisdiction (Rule 20) for Plea and Sentence to Western District of Washington filed by Whitney Nahoolewa. (wmt, ) (Entered: 11/16/2017) |